AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |
| --- | --- |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:21-M -00458(1) |
|  | § |
| (1) Julian Hernandez-Morin | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 11, 2021** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On March 11, 2019, Julian Hernandez-Morin was encountered by Border Patrol Agents who were assisting Dimmit County Sheriff's Department on a traffic stop. The Agent questioned the occupants as to their citizenship and determined the driver, Hernandez-Morin was a permanent resident of the United States and the five passengers stated they were citizens of Mexico

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Jester, Michael C
Border Patrol Agent

03/17/2021     at     DEL RIO, Texas
File Date                City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:21-M -00458(1)

(1) Julian Hernandez-Morin

**Continuation of Statement of Facts:**

and Honduras and had illegally entered into the United States. Hernandez-Morin provided a statement that he was flagged down by one of the subjects and asked Hernandez-Morin for a ride to Houston, Texas."

_____  _____
Signature of Judicial Officer     Signature of Complainant